### ENGLAND v. ENGLAND.

ATKINSON, J. It has been held by this court that "cruel treatment" within the meaning of the Civil Code, § 2427, which provides that such treatment shall be ground of divorce, is the wilful infliction of pain, bodily or mental, upon the complaining party, such as reasonably justifies an apprehension of danger to life, limb, or health. *Stoner* v. *Stoner,* 134 *Ga.* 368 (67 S. E. 1030), and citations. The evidence submitted by the plaintiff in this case relied on to support the ground of cruel treatment alleged in the petition does not show such cruelty as measures up to the definition above stated, and there was no error in granting a nonsuit.

*Judgment affirmed. All the Justices concur.*

No. 708. JUNE 13, 1918.

Libel for divorce. Before Judge Tarver. Whitfield superior court. October term, 1917.

*William E. Mann,* for plaintiff.

*George G. Glenn* and *Ralph H. House,* for defendant.